UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD WILLIAMS,

        Petitioner,          Case Number: 09-CV-14793
                                        Honorable Mark A. Goldsmith

v.

CATHERINE BAUMAN,

        Respondent.
_____/

## **JUDGMENT**

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated March 13, 2013, this cause of action is DISMISSED.

      Dated at Flint, Michigan this 13th day of March, 2013.

                                        DAVID J. WEAVER
                                        CLERK OF THE COURT

                          BY:    s/Deborah J. Goltz
                                        DEBORAH J. GOLTZ
                                        DEPUTY CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE